# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

In re: Kimzey Casing Service, LLC    § Case No. 15-51337
                                                   §
                                                   §
Debtor(s)                                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     JOHN W. LUSTER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $13,856,986.86         Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $449,654.73     Claims Discharged
                                                                             Without Payment: N/A

Total Expenses of Administration: $1,174,191.37

     3) Total gross receipts of $ 1,623,846.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,623,846.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $8,967,754.07 | $8,501,244.87 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 245,541.40 | 245,541.40 | 245,541.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 928,649.97 | 928,649.97 | 928,649.97 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,018.39 | 1,230.10 | 1,230.10 | 1,230.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,583,914.12 | 15,982,463.25 | 10,307,660.87 | 448,424.63 |
| **TOTAL DISBURSEMENTS** | $17,557,686.58 | $25,659,129.59 | $11,483,082.34 | $1,623,846.10 |

4) This case was originally filed under Chapter 7 on October 16, 2015. The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/21/2019          By: /s/JOHN W. LUSTER
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| AFCO Insurance premium finance refund | 1229-000 | 78,347.20 |
| Escrowed funds from Ch 11 Auction | 1290-010 | 1,411,578.61 |
| Imperium Insurance Co - refund of w/c insurance | 1229-000 | 78,463.39 |
| Pinnacol Assurance | 1229-000 | 33,972.48 |
| Rockwood Casualty Insurance Co Refund | 1229-000 | 21,185.00 |
| Refund - Washington Health System | 1229-000 | 217.78 |
| Refund - Return Premium - Thomas J Sisk and | 1229-000 | 81.64 |
| **TOTAL GROSS RECEIPTS** | | **$1,623,846.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | US Bank NA dba US Bank Equipment Finance | 4210-000 | N/A | 24,467.04 | 0.00 | 0.00 |
| 9 | PNC BANK, NATIONAL ASSOCIATION | 4210-000 | 6,467,836.33 | 8,476,777.83 | 0.00 | 0.00 |
| NOTFILED | PNC BANK, NATIONAL ASSOCIATION | 4110-000 | 965,086.32 | N/A | N/A | 0.00 |
| NOTFILED | AFCO | 4110-000 | 282,957.92 | N/A | N/A | 0.00 |
| NOTFILED | PNC BANK, NATIONAL ASSOCIATION | 4110-000 | 1,251,873.50 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$8,967,754.07** | **$8,501,244.87** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOHN W. LUSTER | 2100-000 | N/A | 71,965.38 | 71,965.38 | 71,965.38 |
| Trustee Expenses - JOHN W. LUSTER | 2200-000 | N/A | 1,117.99 | 1,117.99 | 1,117.99 |
| U.S. Trustee Quarterly Fees - United States Trustee | 2950-000 | N/A | 6,825.00 | 6,825.00 | 6,825.00 |
| Other - Gordon Arata Montgomery Barnett McCollam | 3210-600 | N/A | 2,310.00 | 2,310.00 | 2,310.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 964.40 | 964.40 | 964.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,187.03 | 2,187.03 | 2,187.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,220.24 | 2,220.24 | 2,220.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,553.92 | 2,553.92 | 2,553.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,240.54 | 2,240.54 | 2,240.54 |
| Other - Lugenbuhl, Wheaton, Peck, Rankin & Hubbard | 3991-000 | N/A | 19,091.15 | 19,091.15 | 19,091.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,538.77 | 2,538.77 | 2,538.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,283.67 | 2,283.67 | 2,283.67 |
| Other - Premium Casing Equipment, LLC | 2990-000 | N/A | 57,752.93 | 57,752.93 | 57,752.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,204.38 | 2,204.38 | 2,204.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,429.26 | 2,429.26 | 2,429.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,190.91 | 2,190.91 | 2,190.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,339.61 | 2,339.61 | 2,339.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,044.37 | 2,044.37 | 2,044.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,260.37 | 2,260.37 | 2,260.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,038.59 | 2,038.59 | 2,038.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,399.40 | 2,399.40 | 2,399.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,177.82 | 2,177.82 | 2,177.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,102.20 | 2,102.20 | 2,102.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,389.03 | 2,389.03 | 2,389.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,095.95 | 2,095.95 | 2,095.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,309.56 | 2,309.56 | 2,309.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,161.89 | 2,161.89 | 2,161.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,086.82 | 2,086.82 | 2,086.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,371.36 | 2,371.36 | 2,371.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,008.87 | 2,008.87 | 2,008.87 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,149.48 | 2,149.48 | 2,149.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,074.84 | 2,074.84 | 2,074.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,357.94 | 2,357.94 | 2,357.94 |
| Other - Gordon Arata Montgomery Barnett McCollam Duplantis & Eagan | 3210-600 | N/A | 10,348.00 | 10,348.00 | 10,348.00 |
| Other - Gordon Arata Montgomery Barnett McCollam Duplantis & Eagan | 3220-610 | N/A | 18.00 | 18.00 | 18.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,068.68 | 2,068.68 | 2,068.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,266.58 | 2,266.58 | 2,266.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,189.49 | 2,189.49 | 2,189.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,128.38 | 1,128.38 | 1,128.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,328.86 | 1,328.86 | 1,328.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,206.96 | 1,206.96 | 1,206.96 |
| Other - Gordon Arata Montgomery Barnett McCollam Duplantis & Eagan | 3210-600 | N/A | 4,100.00 | 4,100.00 | 4,100.00 |
| Other - Gordon Arata Montgomery Barnett McCollam Duplantis & Eagan | 3220-610 | N/A | 157.50 | 157.50 | 157.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,163.55 | 1,163.55 | 1,163.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,321.73 | 1,321.73 | 1,321.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$245,541.40** | **$245,541.40** | **$245,541.40** |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Life Insurance Company of North America | 6990-000 | N/A | 5,262.63 | 5,262.63 | 5,262.63 |
| A&B Valve and Piping Systems, LLC | 6990-000 | N/A | 718,911.70 | 718,911.70 | 718,911.70 |
| A&B Valve and Piping Systems, LLC | 6990-000 | N/A | 204,475.64 | 204,475.64 | 204,475.64 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$928,649.97** | **$928,649.97** | **$928,649.97** |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 -2 | City & County of Denver | 5800-000 | 151.69 | 1,230.10 | 1,230.10 | 1,230.10 |
| NOTFILED | Pennsylvania Dept. of Revenue | 5200-000 | 610.02 | N/A | N/A | 0.00 |
| NOTFILED | Colorado Dept. of Revenue/Taxpayer Service | 5200-000 | 1,453.35 | N/A | N/A | 0.00 |
| NOTFILED | City of Greeley | 5200-000 | 616.55 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | (blank name) | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | State of Colorado (Escheat) | 5200-000 | 3,186.78 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,018.39 | $1,230.10 | $1,230.10 | $1,230.10 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -3 | IRS | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 | U.S. Bankruptcy Court - City of New Orleans | 7100-001 | 0.00 | 40.00 | 40.00 | 1.75 |
| 3 -2 | United Parcel Service | 7100-000 | 125.94 | 844.38 | 844.38 | 36.76 |
| 4 -2 | American Express Travel Related Services Company | 7100-000 | 5,229.13 | 5,361.17 | 5,361.17 | 233.38 |
| 6 | Coast to Coast Computer | 7100-000 | 73.98 | 194.94 | 194.94 | 8.49 |
| 8 | Bradley L and/or Linda L. Mitchell | 7100-000 | N/A | 21,202.24 | 21,202.24 | 922.98 |
| 10 -2 | 3K Partners, Ltd. | 7100-000 | 4,201,198.16 | 4,700,283.35 | 0.00 | 0.00 |
| 11 | Premium Casing Equipment, LLC | 7100-000 | N/A | 362,646.64 | 0.00 | 0.00 |
| 12 | 3K Partners, Ltd. | 7100-000 | N/A | 4,700,283.35 | 4,088,410.96 | 177,976.84 |
| 13 | Ramex, Inc. | 7100-000 | 25,000.00 | 362,646.64 | 362,646.64 | 15,786.75 |
| 14 -2 | Community Bank | 7100-000 | N/A | 236,915.87 | 236,915.87 | 10,313.43 |
| 15 | 2013 1st Ave., LLC | 7100-000 | N/A | 241,800.00 | 241,800.00 | 10,526.05 |
| 16 | NuTech Specialties, Inc. | 7100-000 | 40.65 | 222.62 | 222.62 | 9.69 |
| 18 | 3K Partners, Ltd | 7100-000 | N/A | 4,133,272.12 | 4,133,272.12 | 179,929.74 |
| 19 | Rocky Mountain Tech Team | 7100-000 | N/A | 9,213.70 | 9,213.70 | 401.09 |
| 20 | Crown Oilfield Instrumentation | 7100-000 | 173.86 | 173.86 | 173.86 | 7.57 |
| 21 | RDH Packaging | 7100-000 | 1,297.43 | 1,297.43 | 1,297.43 | 56.48 |
| 22 | ULINE 6.36 | 7100-000 | 230.59 | 230.59 | 230.59 | 10.04 |
| 23 | Midwest Truck Parts and Service | 7100-000 | 2,272.10 | 2,272.10 | 2,272.10 | 98.91 |
| 24 | American Express Travel Related Services Company | 7100-000 | N/A | 207.60 | 207.60 | 9.04 |
| 25 | Atmos Energy Corporation | 7100-000 | 0.00 | 347.61 | 347.61 | 15.13 |
| 26 | Interstate Packaging | 7100-000 | 312.60 | 312.60 | 312.60 | 13.61 |
| 27 | DISA, Inc. | 7100-000 | 2,048.70 | 1,638.45 | 1,638.45 | 71.33 |
| 29 | A&B Valve and Piping Systems, LLC | 7100-000 | N/A | 1,194,420.90 | 1,194,420.90 | 51,995.57 |
| 30 | Uintah County Assessor | 7200-000 | 0.00 | 3,769.77 | 3,769.77 | 0.00 |
| 31 | Pitney Bowes Global Financial Services LLC | 7200-000 | N/A | 2,865.32 | 2,865.32 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | PBA Supply, LLC | 7100-000 | 101.96 | N/A | N/A | 0.00 |
| NOTFILED | Reliance Ind. Products USA, Ltd | 7100-000 | 60.37 | N/A | N/A | 0.00 |
| NOTFILED | RANDY MOORE | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | RICHARD TIEFERT | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | RICHARD BERLIER | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ramex | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ROBERT FULLOP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Quick Set Auto Glass | 7100-000 | 349.03 | N/A | N/A | 0.00 |
| NOTFILED | Pennsylvania Dept. of Revenue Bureau of Imaging & | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | PATTI PALLADINO | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | QUADE KARAS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Poudre Valley REA | 7100-000 | 176.45 | N/A | N/A | 0.00 |
| NOTFILED | PA Dept of Revenue (vehicle) Bureau of Motor & | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | QUAY BYRD | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ortco Inc. | 7100-000 | 762.41 | N/A | N/A | 0.00 |
| NOTFILED | Lancaster Safety Consulting, Inc | 7100-000 | 9,500.00 | N/A | N/A | 0.00 |
| NOTFILED | KEVIN AULDRIDGE | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Laramie County Clerk | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | KAREN OMALLEY | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Laramie County Treasurer C/O Karen Fortney | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JOSHUA WHITLOCK | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JUAN PENA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JOSEPH DAVIS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JOSE AGUILAR-AGUINO | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JOSHUA SCHLIENZ | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | LENISA CORREA-REYES | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JOSHUA THOMSON | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Louisiana Department of Revenue | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | On Site Field Supply | 7100-000 | 150.52 | N/A | N/A | 0.00 |
| NOTFILED | Nebraska Department of Revenue | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rocky Mountain Bottle Water | 7100-000 | 43.99 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Hose & Specialty, Inc. | 7100-000 | 127.41 | N/A | N/A | 0.00 |
| NOTFILED | PA Dept of Revenue | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | McCoy Global USA, Inc | 7100-000 | 630.89 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | MICHAEL TRUJILLO | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MALINA PRUETT | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | LUCIO LOPEZ | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MARC FRANK | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | PA Dept of Revenue/Bureau of Individual Taxes | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MARTIN DOMINGUEZ RICO | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Smith's Auto Supply | 7100-000 | 858.91 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management-az | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Weld County Planning Commission | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management-PA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Physicians Group | 7100-000 | 106.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Ford | 7100-000 | 458.21 | N/A | N/A | 0.00 |
| NOTFILED | UT State Tax Commission | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | VERNON KESLAR | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon-Albany | 7100-000 | 7.58 | N/A | N/A | 0.00 |
| NOTFILED | Weld County Public Works Dept | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Weld County Treasurer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wyoming Dept of Revenue Herschler Bldg. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ZACHARY KNICELY | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wyoming Secretary of State | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wyoming Department of Transportation/IRP SECTION | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | WILLIAM COOK JR. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Welding Equipment & Repair, Inc. | 7100-000 | 76.32 | N/A | N/A | 0.00 |
| NOTFILED | WestPenn Power | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | West Virginia State/Tax Department | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Equipment Finance | 7100-000 | 409.48 | N/A | N/A | 0.00 |
| NOTFILED | United States Treasury | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | UPS Freight | 7100-000 | 173.17 | N/A | N/A | 0.00 |
| NOTFILED | SHAWN OSTER | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | SKY TYLER | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | SHELBY AULDRIDGE | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | SHAWN EARLEY | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | SHANE BETTIS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ROYCE BARRANDEY | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Screening One | 7100-000 | 91.80 | N/A | N/A | 0.00 |
| NOTFILED | SCOTT HUFF | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JORDAN BECKNER | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Staples Advantage Dept DAL | 7100-000 | 102.20 | N/A | N/A | 0.00 |
| NOTFILED | Toshiba Financial Serivices | 7100-000 | 235.75 | N/A | N/A | 0.00 |
| NOTFILED | Tyler E. and Trisha Kimzey | 7100-000 | 4,133,272.12 | N/A | N/A | 0.00 |
| NOTFILED | TRAVIS MOORE | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tool & Anchor Supply | 7100-000 | 181.70 | N/A | N/A | 0.00 |
| NOTFILED | THOMAS RUTHERFORD | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Steven's Automotive | 7100-000 | 52.26 | N/A | N/A | 0.00 |
| NOTFILED | Thomas J. Sisk & Company, Inc | 7100-000 | 9,560.51 | N/A | N/A | 0.00 |
| NOTFILED | TERRY GODO | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rocky Mountain Supply, DXP Company (disc | 7100-000 | 38.56 | N/A | N/A | 0.00 |
| NOTFILED | Global Elastomeric Products | 7100-000 | 1,828.77 | N/A | N/A | 0.00 |
| NOTFILED | AFCO | 7100-000 | 152,362.00 | N/A | N/A | 0.00 |
| NOTFILED | ANDREW MCFADDEN | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | All Copy Products | 7100-000 | 64.96 | N/A | N/A | 0.00 |
| NOTFILED | AARON MONROE | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 1Source International, LLC | 7100-000 | 55.79 | N/A | N/A | 0.00 |
| NOTFILED | ANDREW PLETCHER JR | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ANTHONY TROSPER | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BRANDON GIVENS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CALEB BRUNER | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BRANDON VIGIL | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BOBBY CHRISTENSON | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BILL MCKEE | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aramark Uniform Services (Colorado) | 7100-000 | 857.24 | N/A | N/A | 0.00 |
| NOTFILED | ARTHUR FLOYD | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aramark Uniform Services (Pennsylvania) | 7100-000 | 465.66 | N/A | N/A | 0.00 |
| NOTFILED | John Hancock | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CAYETANO MASCARENAS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fastenal | 7100-000 | 12.79 | N/A | N/A | 0.00 |
| NOTFILED | FRANK MARTINEZ | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | FRANCISCO GUZMAN JR | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | ERIK OLSON | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Enterprise Fleet Management | 7100-000 | 19,159.52 | N/A | N/A | 0.00 |
| NOTFILED | E-470 Public Highway Authority | 7100-000 | 9.80 | N/A | N/A | 0.00 |
| NOTFILED | Energy Fishing and Rental Servic | 7100-000 | 473.00 | N/A | N/A | 0.00 |
| NOTFILED | Eldorado Artesian Springs, Inc. | 7100-000 | 126.79 | N/A | N/A | 0.00 |
| NOTFILED | GAIL MOUL | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GARY BERLIER | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JESUS RODRIGUEZ JR | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JOHN AGUINIGA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JESUS SALINAS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JEB JOHNSON | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Iron Mountain Information Management | 7100-000 | 158.73 | N/A | N/A | 0.00 |
| NOTFILED | Heritage Crystal Clean | 7100-000 | 2,434.02 | N/A | N/A | 0.00 |
| NOTFILED | Impact Printing, Inc. | 7100-000 | 121.52 | N/A | N/A | 0.00 |
| NOTFILED | Hotsy Equipment of N. Colorado | 7100-000 | 146.27 | N/A | N/A | 0.00 |
| NOTFILED | Diehl Automotive Group, Inc. | 7100-000 | 555.85 | N/A | N/A | 0.00 |
| NOTFILED | Crile Consolidated Industries | 7100-000 | 187.35 | N/A | N/A | 0.00 |
| NOTFILED | Cigna - PA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | City Mission | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | City and County of Denver | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cigna (Dental & Vison) | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CHRISTOPHER TRUDEAU | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CenturyLink | 7100-000 | 456.95 | N/A | N/A | 0.00 |
| NOTFILED | CHIP PAYNE | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chemstation Pittsburgh Ltd. | 7100-000 | 49.03 | N/A | N/A | 0.00 |
| NOTFILED | City of Greeley - Mnthly | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CO Dept of Revenue/Division of Motor Vehicle | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | City Of Naples | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast - PA | 7100-000 | 213.34 | N/A | N/A | 0.00 |
| NOTFILED | Connection Technology 6.36 | 7100-000 | 207.86 | N/A | N/A | 0.00 |
| NOTFILED | Central Weld County Water District | 7100-000 | 64.90 | N/A | N/A | 0.00 |
| NOTFILED | Comcast - WA | 7100-000 | 371.24 | N/A | N/A | 0.00 |
| NOTFILED | Columbia Gas of Pennsylvania | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CO Dept. Of Revenue - Mnthly/Taxpayer Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Colonial Supplemental Insurance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$8,583,914.12** | **$15,982,463.25** | **$10,307,660.87** | **$448,424.63** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-51337  
**Case Name:** Kimzey Casing Service, LLC

**Period Ending:** 06/21/19

**Trustee:** (380320) JOHN W. LUSTER  
**Filed (f) or Converted (c):** 02/05/16 (c)  
**§341(a) Meeting Date:** 03/21/16  
**Claims Bar Date:** 06/16/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | AFCO Insurance premium finance refund (u) | 78,347.20 | 78,347.20 | | 78,347.20 | FA |
| 2 | Escrowed funds from Ch 11 Auction (u) (See Footnote) | 1,411,578.61 | 1,411,578.61 | | 1,411,578.61 | FA |
| 3 | Imperium Insurance Co - refund of w/c insurance (u) (See Footnote) | 78,463.39 | 78,463.39 | | 78,463.39 | FA |
| 4 | Pinnacol Assurance (u) (See Footnote) | 33,972.48 | 33,972.48 | | 33,972.48 | FA |
| 5 | Rockwood Casualty Insurance Co Refund (u) | 21,185.00 | 21,185.00 | | 21,185.00 | FA |
| 6 | 25974 CR 51, Greeley, CO 80631 (See Footnote) | 10,000.00 | 0.00 | | 0.00 | FA |
| 7 | Cash (See Footnote) | 4,050.00 | 0.00 | | 0.00 | FA |
| 8 | PNC BANK - Acct. No. XX-XXXX-6708 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 9 | PNC BANK - Acct. No. XX-XXXX-6724 (See Footnote) | 32,643.00 | 0.00 | | 0.00 | FA |
| 10 | Atmos Energy Deposit (See Footnote) | 869.00 | 0.00 | | 0.00 | FA |
| 11 | Deposit on 7951 W. 28th St. in Greeley, CO 80634 (See Footnote) | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 | Deposit on Lease of 3401 Quebec St., Denver CO (See Footnote) | 2,365.00 | 0.00 | | 0.00 | FA |
| 13 | A/R - Kimzey Casing Service, LLC customers (net) (See Footnote) | 1,022,569.83 | 0.00 | | 0.00 | FA |
| 14 | Possible subrogation/contribution claim against co-debtors | Unknown | 0.00 | | 0.00 | FA |
| 15 | Intangibles (Book Value) (See Footnote) | 26,428.00 | 0.00 | | 0.00 | FA |
| 16 | Goodwill (Book Value) (See Footnote) | 9,790,293.73 | 0.00 | | 0.00 | FA |
| 17 | Automobiles, trucks - Net of accumulated depreciation (See Footnote) | 256,180.39 | 0.00 | | 0.00 | FA |
| 18 | Office equipment - Net of accumulated depreciation (See Footnote) | 19,221.72 | 0.00 | | 0.00 | FA |
| 19 | Machinery, fixtures - Net of accumulated depreciation (See Footnote) | 2,457,378.12 | 0.00 | | 0.00 | FA |

Printed: 06/21/2019 10:48 AM  V.14.50

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-51337  
**Case Name:** Kimzey Casing Service, LLC  

**Trustee:** (380320) JOHN W. LUSTER  
**Filed (f) or Converted (c):** 02/05/16 (c)  
**§341(a) Meeting Date:** 03/21/16  

**Period Ending:** 06/21/19  
**Claims Bar Date:** 06/16/16  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | Pipe Dope Lube Supplies (See Footnote) | 6,252.61 | 0.00 | | 0.00 | FA |
| 21 | Spare Parts Supplies (See Footnote) | 8,483.23 | 0.00 | | 0.00 | FA |
| 22 | Prepaid Assets (See Footnote) | 86,472.75 | 0.00 | | 0.00 | FA |
| 23 | PA workers compensation insurance deposit (See Footnote) | 48,969.47 | 0.00 | | 0.00 | FA |
| 24 | CO workers compensation insurance deposit (See Footnote) | 33,385.00 | 0.00 | | 0.00 | FA |
| 25 | Accrued Insurance Refund | 31,852.01 | 0.00 | | 0.00 | FA |
| 26 | Deposits in Transit (See Footnote) | 16,573.00 | 0.00 | | 0.00 | FA |
| 27 | Refund - Washington Health System (u) | 217.78 | 217.78 | | 217.78 | FA |
| 28 | Refund - Return Premium - Thomas J Sisk and Company, Inc. (WC Policy IERD0100103302 (PA) (u) | 81.64 | 81.64 | | 81.64 | FA |
| 29 | 26 Oil drums and 1 drum marked "antifreeze" (u) located at or near 1000 Sheffield Street, Washington, Pennsylvania (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 29 | Assets Totals (Excluding unknown values) | $15,480,832.96 | $1,623,846.10 | | $1,623,846.10 | $0.00 |

RE PROP# 2   Net proceeds from Chapter 11 Auction per c/o #251 entered in Jointly Administered Case #15-51336  
RE PROP# 3   Ret Prem for Kimzey Casing Service, LLC #WC0003543 and #WC0009859  
RE PROP# 4   Dividend; refund of insurance premium  
RE PROP# 6   Administered in Chapter 11 - Sold to TRK Enterprises, Inc. per c/o #251 in 15-51336  
RE PROP# 7   Administered in Chapter 11  
RE PROP# 8   Administered in Chapter 11  
RE PROP# 9   Administered in Chapter 11  
RE PROP# 10  Administered in Chapter 11  
RE PROP# 11  Administered in Chapter 11  
RE PROP# 12  Administered in Chapter 11  
RE PROP# 13  Administered in Chapter 11  
RE PROP# 15  Administered in Chapter 11  
RE PROP# 16  Administered in Chapter 11  
RE PROP# 17  Administered in Chapter 11  
RE PROP# 18  Administered in Chapter 11  
RE PROP# 19  Administered in Chapter 11  
RE PROP# 20  Administered in Chapter 11

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-51337  
**Case Name:** Kimzey Casing Service, LLC

**Trustee:** (380320) JOHN W. LUSTER  
**Filed (f) or Converted (c):** 02/05/16 (c)  
**§341(a) Meeting Date:** 03/21/16

**Period Ending:** 06/21/19

**Claims Bar Date:** 06/16/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| RE PROP# 21  Administered in Chapter 11 | | | | | |
| RE PROP# 22  Administered in Chapter 11 | | | | | |
| RE PROP# 23  Refund of w/c insurance premium - included in Asset #5 | | | | | |
| RE PROP# 24  Refund of w/c insurance premium - included in Asset #3 | | | | | |
| RE PROP# 26  Administered in Chapter 11 | | | | | |
| RE PROP# 29  Abandoned per c/o #39 | | | | | |

**Major Activities Affecting Case Closing:**

2/5/19 TFR sent to UST for review

4/21/16 Reviewed file, claims bar date is June 16, 2016 - will review claims at that time

7/14/16 Reviewed file, reviewing claims

10/19/16 Reviewed file

1/17/17 Reviewed file, tax return pending, appeal on Order Granting Motion for Allowance and Payment of Administrative Expense for Premium Casing Equipment, LLC (Doc #82) pending

4/12/17 Reviewed file, appeal pending

7/18/17 Reviewed file, appeal pending

9/27/17 Application to Employ Gordon Arata Montgomery Barnett McCollam, Duplantis & Eagan, LLC as special counsel for trustee - hearing 11/7/17

10/16/17 Reviewed file, appeal pending

1/15/18 Reviewed file, appeal pending

3/14/18 Memorandum Ruling entered in Appeal, Civil Docket No. 16-cv-01490 - The Order of the Bankruptcy Court is affirmed.

4/11/18 Reviewed file, claims resolution pending, Motion by 3K Partners, Ltd. for Leave, Standing, and Authority to Prosecute Claims on Behalf of Kimzey Casing Service, LLC and for Related Relief pending

5/18/18 First Application for Interim Compensation filed by Special Counsel - hearing 6/12/18

7/10/18 Reviewed file, compromise of claims between debtor's estate and A&B Valve & Piping, LLC pending, Motion by 3K Partners, Ltd. for Leave, Standing, and Authority to Prosecute Claims on Behalf of Kimzey Casing Service, LLC and for Related Relief - hearing 9/18/18

7/17/18 Debtor's Motion to Approve Settlement Pursuant to Fed.R.Bank.P. 9019, hearing 8/14/18

10/11/18 Reviewed file, settlement pending

1/14/19 Reviewed file, special counsel final fee application pending - hearing 1/29/19, ready to close once order is entered

**Initial Projected Date Of Final Report (TFR):** June 22, 2017        **Current Projected Date Of Final Report (TFR):** February 5, 2019 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-51337  
**Case Name:** Kimzey Casing Service, LLC  

**Taxpayer ID #:** **-***3980  
**Period Ending:** 06/21/19  

**Trustee:** JOHN W. LUSTER (380320)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4666 - Checking Account  
**Blanket Bond:** $34,001,827.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/14/16 | {1} | AFCO | Insurance Premium Finance Refund | 1229-000 | 78,347.20 | | 78,347.20 |
| 03/18/16 | {2} | Kelly Hart & Hallman LLP IOLTA | Escrowed proceeds | 1290-010 | 1,411,578.61 | | 1,489,925.81 |
| 03/22/16 | {3} | Imperium Insurance Company | Insurance Premium Refund WC0003543 | 1229-000 | 70,727.67 | | 1,560,653.48 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 964.40 | 1,559,689.08 |
| 04/04/16 | {3} | Imperium Insurance Company | Insurance Premium Refund WC0009859 | 1229-000 | 7,735.72 | | 1,567,424.80 |
| 04/13/16 | {4} | Pinnacol Assurance | Dividend for policy 4154787 | 1229-000 | 7,454.00 | | 1,574,878.80 |
| 04/18/16 | {5} | Rockwood Casualty Insurance Company | Return premium due on WC 677401 Audit | 1229-000 | 21,185.00 | | 1,596,063.80 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,187.03 | 1,593,876.77 |
| 05/19/16 | {4} | Robert Allen Fullop | Insurance refund | 1229-000 | 26,518.48 | | 1,620,395.25 |
| 05/26/16 | {27} | Washington Health System | Refund - Dilts | 1229-000 | 217.78 | | 1,620,613.03 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,220.24 | 1,618,392.79 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,553.92 | 1,615,838.87 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,240.54 | 1,613,598.33 |
| 08/19/16 | 101 | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard | Payment of allowed attorney's fees as counsel to UCC per c/o #69 | 3991-000 | | 19,091.15 | 1,594,507.18 |
| 08/22/16 | {28} | Thomas J. Sisk and Company, Inc. | Return Premium - WC Policy IERD0100103302 (PA) | 1229-000 | 81.64 | | 1,594,588.82 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,538.77 | 1,592,050.05 |
| 09/13/16 | 102 | PA Department of Revenue | Payment of balance due on Form RCT-101 - 2015 Voided on 09/13/16 | 2820-000 | | 50.00 | 1,592,000.05 |
| 09/13/16 | 102 | PA Department of Revenue | Payment of balance due on Form RCT-101 - 2015 Voided: check issued on 09/13/16 | 2820-000 | | -50.00 | 1,592,050.05 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,283.67 | 1,589,766.38 |
| 10/19/16 | 103 | Premium Casing Equipment, LLC | Payment of allowed administrative expense claim per c/o #82 | 2990-000 | | 57,752.93 | 1,532,013.45 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,204.38 | 1,529,809.07 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,429.26 | 1,527,379.81 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,190.91 | 1,525,188.90 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,339.61 | 1,522,849.29 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,044.37 | 1,520,804.92 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,260.37 | 1,518,544.55 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,038.59 | 1,516,505.96 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,399.40 | 1,514,106.56 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,177.82 | 1,511,928.74 |

Subtotals: $1,623,846.10    $111,917.36

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 15-51337 | Trustee: JOHN W. LUSTER (380320) |
| Case Name: Kimzey Casing Service, LLC | Bank Name: Rabobank, N.A. |
| | Account: ******4666 - Checking Account |
| Taxpayer ID #: **-***3980 | Blanket Bond: $34,001,827.00 (per case limit) |
| Period Ending: 06/21/19 | Separate Bond: N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,102.20 | 1,509,826.54 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,389.03 | 1,507,437.51 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,095.95 | 1,505,341.56 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,309.56 | 1,503,032.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,161.89 | 1,500,870.11 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,086.82 | 1,498,783.29 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,371.36 | 1,496,411.93 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,008.87 | 1,494,403.06 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,149.48 | 1,492,253.58 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,074.84 | 1,490,178.74 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,357.94 | 1,487,820.80 |
| 06/28/18 | 104 | Gordon Arata Montgomery Barnett McCollam Duplantis & Eagan | Payment of special counsel for trustee fees and expenses per c/o #139 | | | 10,366.00 | 1,477,454.80 |
| | | | Payment of special counsel for trustee fees per c/o #139    10,348.00 | 3210-600 | | | 1,477,454.80 |
| | | | Payment of special counsel for trustee expenses per c/o #139    18.00 | 3220-610 | | | 1,477,454.80 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,068.68 | 1,475,386.12 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,266.58 | 1,473,119.54 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,189.49 | 1,470,930.05 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,128.38 | 1,469,801.67 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,328.86 | 1,468,472.81 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,206.96 | 1,467,265.85 |
| 12/03/18 | 105 | Gordon Arata Montgomery Barnett McCollam Duplantis & Eagan | Payment of special counsel for trustee fees and expenses per c/o #176 | | | 4,257.50 | 1,463,008.35 |
| | | | Payment of special counsel for trustee fees per c/o #176    4,100.00 | 3210-600 | | | 1,463,008.35 |
| | | | Payment of special counsel for trustee expenses per c/o #176    157.50 | 3220-610 | | | 1,463,008.35 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,163.55 | 1,461,844.80 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,321.73 | 1,460,523.07 |
| 04/01/19 | 106 | JOHN W. LUSTER | Dividend paid 100.00% on $71,965.38, Trustee Compensation; Reference: | 2100-000 | | 71,965.38 | 1,388,557.69 |
| 04/01/19 | 107 | JOHN W. LUSTER | Dividend paid 100.00% on $1,117.99, Trustee | 2200-000 | | 1,117.99 | 1,387,439.70 |

Subtotals :   $0.00   $124,489.04

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 15-51337 | | **Trustee:** | JOHN W. LUSTER (380320) |
| **Case Name:** | Kimzey Casing Service, LLC | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******4666 - Checking Account |
| **Taxpayer ID #:** | **-***3980 | | **Blanket Bond:** | $34,001,827.00 (per case limit) |
| **Period Ending:** | 06/21/19 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Expenses; Reference: | | | | |
| 04/01/19 | 108 | United States Trustee | Dividend paid 100.00% on $6,825.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 6,825.00 | 1,380,614.70 |
| 04/01/19 | 109 | Gordon Arata Montgomery Barnett McCollam | Dividend paid 100.00% on $2,310.00, Special Counsel for Trustee Fees; Reference: | 3210-600 | | 2,310.00 | 1,378,304.70 |
| 04/01/19 | 110 | Life Insurance Company of North America | Dividend paid 100.00% on $5,262.63, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 5,262.63 | 1,373,042.07 |
| 04/01/19 | 111 | A&B Valve and Piping Systems, LLC | Dividend paid 100.00% on $204,475.64, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 204,475.64 | 1,168,566.43 |
| 04/01/19 | 112 | A&B Valve and Piping Systems, LLC | Dividend paid 100.00% on $718,911.70, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 718,911.70 | 449,654.73 |
| 04/01/19 | 113 | City & County of Denver | Dividend paid 100.00% on $1,230.10; Claim# 7 -2; Filed: $1,230.10; Reference: 5836 | 5800-000 | | 1,230.10 | 448,424.63 |
| 04/01/19 | 114 | United Parcel Service | Dividend paid 4.35% on $844.38; Claim# 3 -2; Filed: $844.38; Reference: 02312649 | 7100-000 | | 36.76 | 448,387.87 |
| 04/01/19 | 115 | American Express Travel Related Services Company | Dividend paid 4.35% on $5,361.17; Claim# 4 -2; Filed: $5,361.17; Reference: 1004 | 7100-000 | | 233.38 | 448,154.49 |
| 04/01/19 | 116 | Coast to Coast Computer | Dividend paid 4.35% on $194.94; Claim# 6; Filed: $194.94; Reference: 4540 | 7100-000 | | 8.49 | 448,146.00 |
| 04/01/19 | 117 | Bradley L and/or Linda L. Mitchell | Dividend paid 4.35% on $21,202.24; Claim# 8; Filed: $21,202.24; Reference: | 7100-000 | | 922.98 | 447,223.02 |
| 04/01/19 | 118 | 3K Partners, Ltd. | Dividend paid 4.35% on $4,088,410.96; Claim# 12; Filed: $4,700,283.35; Reference: | 7100-000 | | 177,976.84 | 269,246.18 |
| 04/01/19 | 119 | Ramex, Inc. | Dividend paid 4.35% on $362,646.64; Claim# 13; Filed: $362,646.64; Reference: | 7100-000 | | 15,786.75 | 253,459.43 |
| 04/01/19 | 120 | Community Bank | Dividend paid 4.35% on $236,915.87; Claim# 14 -2; Filed: $236,915.87; Reference: | 7100-000 | | 10,313.43 | 243,146.00 |
| 04/01/19 | 121 | 2013 1st Ave., LLC | Dividend paid 4.35% on $241,800.00; Claim# 15; Filed: $241,800.00; Reference: | 7100-000 | | 10,526.05 | 232,619.95 |
| 04/01/19 | 122 | NuTech Specialties, Inc. | Dividend paid 4.35% on $222.62; Claim# 16; Filed: $222.62; Reference: CASE | 7100-000 | | 9.69 | 232,610.26 |
| 04/01/19 | 123 | 3K Partners, Ltd | Dividend paid 4.35% on $4,133,272.12; Claim# 18; Filed: $4,133,272.12; Reference: | 7100-000 | | 179,929.74 | 52,680.52 |
| 04/01/19 | 124 | Rocky Mountain Tech Team | Dividend paid 4.35% on $9,213.70; Claim# 19; Filed: $9,213.70; Reference: | 7100-000 | | 401.09 | 52,279.43 |
| 04/01/19 | 125 | Crown Oilfield Instrumentation | Dividend paid 4.35% on $173.86; Claim# 20; | 7100-000 | | 7.57 | 52,271.86 |

Subtotals : $0.00 $1,335,167.84

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 15-51337 | **Trustee:** | JOHN W. LUSTER (380320) |
| **Case Name:** Kimzey Casing Service, LLC | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******4666 - Checking Account |
| **Taxpayer ID #:** **-***3980 | **Blanket Bond:** | $34,001,827.00 (per case limit) |
| **Period Ending:** 06/21/19 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $173.86; Reference: | | | | |
| 04/01/19 | 126 | RDH Packaging | Dividend paid 4.35% on $1,297.43; Claim# 21; Filed: $1,297.43; Reference: | 7100-000 | | 56.48 | 52,215.38 |
| 04/01/19 | 127 | ULINE 6.36 | Dividend paid 4.35% on $230.59; Claim# 22; Filed: $230.59; Reference: | 7100-000 | | 10.04 | 52,205.34 |
| 04/01/19 | 128 | Midwest Truck Parts and Service | Dividend paid 4.35% on $2,272.10; Claim# 23; Filed: $2,272.10; Reference: 5542 | 7100-000 | | 98.91 | 52,106.43 |
| 04/01/19 | 129 | American Express Travel Related Services Company | Dividend paid 4.35% on $207.60; Claim# 24; Filed: $207.60; Reference: 1008 | 7100-000 | | 9.04 | 52,097.39 |
| 04/01/19 | 130 | Atmos Energy Corporation | Dividend paid 4.35% on $347.61; Claim# 25; Filed: $347.61; Reference: 3980 | 7100-000 | | 15.13 | 52,082.26 |
| 04/01/19 | 131 | Interstate Packaging | Dividend paid 4.35% on $312.60; Claim# 26; Filed: $312.60; Reference: | 7100-000 | | 13.61 | 52,068.65 |
| 04/01/19 | 132 | DISA, Inc. | Dividend paid 4.35% on $1,638.45; Claim# 27; Filed: $1,638.45; Reference: 3980 | 7100-000 | | 71.33 | 51,997.32 |
| 04/01/19 | 133 | A&B Valve and Piping Systems, LLC | Dividend paid 4.35% on $1,194,420.90; Claim# 29; Filed: $1,194,420.90; Reference: | 7100-000 | | 51,995.57 | 1.75 |
| 04/01/19 | 134 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-001 | | 1.75 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 1,623,846.10 | 1,623,846.10 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 1,623,846.10 | 1,623,846.10 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $1,623,846.10 | $1,623,846.10 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4666** | 1,623,846.10 | 1,623,846.10 | 0.00 |
| | $1,623,846.10 | $1,623,846.10 | $0.00 |